**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
AHMED FATEH                                   )
3424 Bedivere Ct.                             )
Annandale, Virginia 22003                     )
                                              )
            Plaintiff                         )
                                              )
v.                                            )        Civil Action No. _____
                                              )
KING ABDULLAH ACADEMY,                        )
2949 Education Dr.                            )
Herndon, Virginia 20171                       )
                                              )
-and-                                         )
                                              )        *State Court Proceeding*
THE EMBASSY OF THE                            )        District of Columbia Superior Court
KINGDOM OF SAUDI ARABIA                       )        Case No. 2018 CA 004666 B
601 New Hampshire Avenue, NW                  )
Washington, DC 20037                          )
                                              )
            Defendants.                       )                   .
_____)


## NOTICE OF REMOVAL

TO THE JUDGES AND CLERK OF COURT:

        PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant

King Abdullah Academy ("KAA") hereby removes the above-captioned action from the Superior

Court for the District of Columbia to this Court.

## STATEMENT OF JURISDICTION

        1.      This Court has original jurisdiction over this action under the federal question

statute, 28 U.S.C. § 1331. That statute provides that the federal district courts "shall have original

jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

The Complaint filed by Ahmed Fateh ("Fateh" or "Plaintiff") in this matter seeks relief pursuant

to the Civil Rights Act of 1866, 42 U.S.C. § 1981, as amended by the Civil Rights Act of 1991. Accordingly, Plaintiff's Complaint is a civil action arising under the laws of United States.

2.      Additionally, the other named Defendant in this action is the Embassy of the Kingdom of Saudi Arabia (the "Embassy"). The Embassy is a foreign state as defined by 28 U.S.C. § 1603(a), and thus removal is also merited under 28 U.S.C. § 1441(d).

## PLEADINGS, PROCESS AND ORDERS

3.      On June 28, 2018, Plaintiff Ahmed Fateh ("Plaintiff" or "Fateh") filed a complaint against KAA and the Embassy. A copy of the Complaint is attached as **Exhibit A**. The allegations of the Complaint are incorporated by reference in this Notice of Removal without necessarily admitting any of them.

4.      On July 24, 2018, the Superior Court for the District of Columbia issued Summons against KAA. The Summons, Complaint, and Initial Order were received by KAA on July 27, 2018. A copy of the package received by KAA is attached hereto as **Exhibit B**.

5.      Pursuant to 28 U.S.C. § 1446(a), KAA states that Exhibits A and B constitute all process, pleadings, and orders served upon it in the action pending before the District of Columbia Superior Court.

## TIMELINESS OF REMOVAL

6.      28 U.S.C. § 1446(b) provides that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …."

7.      As discussed above, KAA did not have receipt of the Complaint until July 24, 2018. This Notice is filed well within 30 days of such receipt.

**FEDERAL QUESTION JURISDICTION**

8.      28 U.S.C. § 1331 provides that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …."

9.      Count IV of Plaintiff's Complaint seeks relief for a claimed violation of the rights afforded him by the Civil Rights Act of 1866, 42 U.S.C. § 1981, as amended by the Civil Rights Act of 1991. *See* Exhibit A at ¶¶ 41-45.

10.      Additionally, Plaintiff's Complaint asserts claims against the Embassy for the Kingdom of Saudi Arabia (the "Embassy"). Removal is also proper for actions brought against a "foreign state" as that term is defined by 28 U.S.C. § 1603(a). *See* 28 U.S.C. § 1441(d). That section defines a "foreign state" to include an "agency or instrumentality of a foreign state as defined" in 28 U.S.C. § 1603(b). That section in turn defines an "agency or instrumentality of a foreign state" to mean any entity which is a separate legal person, an organ of a foreign state, and which is not a citizen of a State of United States.

11.      The Embassy, which (to the knowledge of KAA) has not been served as of the date of this filing, is an agency or instrumentality of a foreign state as defined by 28 U.S.C. § 1603(b), and thus as defined by 28 U.S.C. § 1603(a). *See also* Exhibit A at ¶ 3 (describing the Embassy as "the Kingdom of Saudi Arabia's main and largest diplomatic mission to the United States"). Accordingly, removal would also be merited pursuant to 28 U.S.C. § 1441(d).

**RESERVATION OF ALL DEFENSES**

12.      Defendant hereby reserves all applicable defenses that could be raised in an Answer or in motions practice.

**NOTICE OF REMOVAL**

13.    Following the filing of this Notice of Removal in the United States District Court for the District of the District of Columbia, written notice of such filing will be given by the counsel for Defendant to Plaintiff's Counsel of Record, Paul Kiyonaga, Debra Solits, and Marcus T. Massey, 910 17th St., N.W., Suite 800, Washington, D.C. 20006, and a copy of the Notice of Removal will be filed with Superior Court for the District of Columbia.

**CONCLUSION**

WHEREFORE, KAA prays that this civil action be removed from the Superior Court for the District of Columbia to the United States District Court of the District of Columbia.


August 9, 2018                              Respectfully submitted,

                                            KALBIAN HAGERTY LLP


                                            /s/ Haig V. Kalbian
                                            Haig V. Kalbian (D.C. Bar # 400976)
                                            Stephen Leckar (D.C. Bar # 281691)
                                            Evan M. Lisull (D.C. Bar # 1023596)
                                            888 17th Street, N.W., Suite 1000
                                            The Brawner Building
                                            Washington, D.C. 20006
                                            hkalbian@kalbianhagerty.com
                                            Phone: (202) 223-5600
                                            Facsimile: (202) 223-6625
                                            *Counsel for Defendant King Abdullah Academy*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August 2018, I have electronically filed this Notice of Removal with the Court's CM/ECF filing system and I certify that I have served the Notice of Removal by e-mail on the following:

> Paul Y. Kiyonaga, Esq.
> Debra Soltis, Esq.
> Marcus T. Massey, Esq.
> Kiyonaga & Soltis, P.C.
> 910 17th St. NW
> Suite 800
> Washington, D.C. 20006
> Phone: (202) 363-2776
> pkiyonaga@kiyosol.com
> *Counsel for Plaintiff Ahmed Fateh*

> /s/ Haig V. Kalbian
> Haig V. Kalbian